FILED
IN CLERK'S OFFICE
US DISTRICT COURT
E.D.N.Y.
\* NOVEMBER 06, 2023 \*
BROOKLYN OFFICE

WK:AB
F. #2023R00638

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

ROY BURVICK,

            Defendant.

------------------------------X

**I N D I C T M E N T**

Cr. No. 23-CR-450
(T. 18, U.S.C., §§ 922(g)(1), 924(a)(8), 924(d)(1) and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

Judge Nina R. Morrison
Magistrate Judge Marcia M. Henry

THE GRAND JURY CHARGES:

## FELON IN POSSESSION OF A FIREARM

1. On or about July 1, 2023, within the Eastern District of New York and elsewhere, the defendant ROY BURVICK, knowing that he had previously been convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: one .40 caliber Smith & Wesson semiautomatic pistol bearing serial number FCB4224.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(8) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922 or Section 924, including but not

limited to one .40 caliber Smith & Wesson semiautomatic pistol bearing serial number FCB4224, seized by law enforcement officers on or about July 1, 2023 in Brooklyn, New York.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c)).

A TRUE BILL

_____
FOREPERSON

By _____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #: 2023R00638
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

ROY BURVICK,
                                    Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 922(g)(1), 924(a)(8), 924(d)(1) and 3551 et seq.;
T. 21, U.S.C., § 853(p); T. 28, U.S.C. § 2461(c))

*A true bill.*

_____
                                                          *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                               *Clerk*

*Bail, $* _____

*Arun Bodapati, Trial Attorney (718) 254-6250*